this Court of May Term laſt, be delivered to the ſaid Moore Furman, Eſq. Agent of Forfeitures for the County of Hunterdon.*

---

## November Term, 1785.

(p. 519 and 472.)

### Negro GEORGE againſt BARNT DE KLYN.

*On* Habeas Corpus *and complaint of cruel Treatment.*

THE hearing of this Cauſe coming on, and the Evidence being gone through, Mr. Elias Boudinot on behalf of the Negro, prayed that Mr. De Klyn ſhould oblige himſelf not to ſend the ſaid Negro George out of the State, and the Court having conſidered thereof, required Mr. De Klyn ſo to do, which he accordingly did in open Court.

---

## IN THE SAME TERM OF
## November, 1785.

(p. 525.)

### Negro QUAMINI *againſt* WILLIAM LEDDEL, *Eſquire.*

*On* Habeas Corpus *for Manumiſſion.*

IT being alledged on the Part of the ſaid Negro Quamini, that ſeveral Years ago he belonged to Dr. Samuel Tuthill, of Morris County, from whom he was pur-

---

* Note. *The Legiſlature by an Act dated* 21 November, 1786, *declaring themſelves* " *to be deſirous of extending the Bleſſings of Liberty," generouſly manumitted Prime from Slavery. He had been enliſted and ſerved in the Army in the late War.*

chafed by Captain Auguſtine Bayles of the ſame County, that the ſaid Captain Bayles, divers Times in his Life-time promiſed the ſaid Negro Quamini, that if he would be honeſt, faithful, and induſtrious, he never ſhould ſerve any other Maſter, but ſhould be free at his the ſaid Captain Bayles's deceaſe; that the ſaid Captain Bayles on his Death-Bed, conſidering that his Wife would be left very deſtitute of Help, directed that the ſaid Negro Quamini ſhould continue in her Service during her Widowhood, and that then he ſhould be free; that the ſaid Captain Bayles died in the Year 1781, or 1782, and that about Two Years ago, Keziah Bayles his Widow intermarried with one Thomas Faircloth.

The Court having heard the Teſtimony for eſtabliſh-ing the ſeveral Facts aforeſaid, and having duly conſider-ed the ſame, *do order*, on Motion of Mr. William De Hart, that the ſaid Negro Quamini be diſcharged, and ſet at Liberty from the ſaid William Leddel, Eſquire.

---

## *May* Term 1787.

(p. 449.)

### The STATE *againſt* JACOB PHILLIPS.

#### *On* Habeas Corpus *of Negro* Obadiah Gale.

THE Court having heard the Evidence and Argument of Counſel in this Cauſe, *do order* that the ſaid Jacob Phillips enter into Recognizance in the Sum of One Hundred Pounds, conditioned, that the ſaid Jacob Phillips on the Twenty-ſixth Day of June next, liberate and diſcharge from his Service the ſaid Obadiah Gale, and the Court do further adjudge and order, that on the Twenty-ſixth Day of June next, the ſaid Obadiah Gale ſhall be ſet at Liberty, and go thereof free without Day, and that the ſaid Obediah Gale be in Cuſtody of the Sheriff of Hunterdon till the ſaid Twenty-ſixth Day of June next, unleſs the Recognizance is entered into by the ſaid

C